HENRY E. WAGNER, Appellant, *v.* GREAT AMERICAN INSURANCE COMPANY et al., Respondents.

(Argued May 3, 1929; decided May 29, 1929.)

*Augustus Thibaudeau* for appellant.

*James M. H. Wallace* and *Joseph Swart* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: HUBBS, J.